# First District Court of Appeal
## State of Florida

_____

No. 1D19-1390

_____

BETTY CAITLIN NICOLE SMITH,

    Petitioner,

v.

ZACHARY TAYLOR DANIEL,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


May 6, 2019


PER CURIAM.

    Petitioner's Motion to Vacate Order for Fraud Upon the Court on Grounds of Rule 60 Federal Rules of Civil Procedure, and Emergency Time Sensitive Motion for Stay of Fraudulent Order, filed on April 4, 2019, and transferred to this Court for consideration on April 15, 2019, are denied. All other requests for relief are denied.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Betty Caitlin Nicole Smith, pro se, Petitioner.

Zachary Taylor Daniel, pro se, Respondent.